THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern ~~WESTERN~~ DIVISION

CASE NO: 4:14-mj-1093

FILED IN OPEN COURT
ON 10/15/2014 MC
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA }
}  DEFENDANT'S
v } MOTION TO CONTINUE
Melanie Mirling }
} (18 USC 3161(h)(8))

Pursuant to 18 USC 3161 (h)(8) and to Local Rule 4.11, the Defendant respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, the Defendant sets forth the following:

1. Defendant requests additional time to investigate this matter and prepare a defense.

2. This is the 1st continuance filed by the Defendant in the present case. The Special Assistant United States Attorney does not/does object to this motion.

3. I understand that if this motion is granted, I must next appear in court at 8:30 a.m. on the December 17, 2014 court docket and that failure to appear may result in the issuance of an arrest warrant.

Submitted on: October 15, 2014        X _____
                                      Defendant or Attorney for the Defendant

INITIAL DOCKET:

The court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public in a speedy trial for the following reason(s):

[ ] Failure to do so would likely result in a miscarriage of justice.
[ ] The unusual nature or complexity of the case makes it unreasonable to expect the Defendant to adequately prepare for pretrial proceedings or trial within the time limits set forth in 18 USC 3161.
[ ] Failure to do so would deny the Defendant reasonable time to obtain counsel;
[ ] Failure to do so would unreasonably deny the Defendant continuity of counsel;
[✓] Failure to do so would deny the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the continuance is ALLOWED. The intervening time from 10/15/14 to 12/17/14 is excluded from speedy trial computation under 18 USC 3161.

10/15/2014                            _____
Date                                  UNITED STATES MAGISTRATE JUDGE

Case 4:14-mj-01093-RJ   Document 9   Filed 10/15/14   Page 1 of 1